U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

Date: 7/31/2025  Courtroom: 3B - Knoxville

Initial Appearance: ☑ Complaint ☐ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5

Other Hearing: ☐ Arraignment ☐ Arraignment on SSI

**Case No.** 3:25-MJ-1210   **USA v.** Carlos Andres Munoz Farias

Present Before: HONORABLE Debra C. Poplin   U.S. Magistrate Judge

| Jennifer Kolman | Sarah Olesiuk | Loretta Smith |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant ☑ Appt. ☐ Retd. ☐ Ltd. App. | US Probation Officer |
| Madison McCroskey | DCR | Maria Cruz |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☑ SWORN |

**PROCEEDINGS:**
- ☑ Financial affidavit executed
- Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
- ☐ Deft. retained an attorney
- ☐ Deft. WAIVED appointment of an attorney
- ☑ Deft. advised of rights
- ☐ Deft. waived reading of Indictment/Information
- ☐ Indictment/Information Read
- ☐ Deft. pleads not guilty on counts _____
- ☐ Deft. entered no plea
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination
- ☐ Deft WAIVED the Rule 5 hearings
- ☐ Court UNSEALED case in its entirety
- ☐ Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET:**

Jury Trial: _____   Final Pretrial Conf.: _____
Detn Hrg: August 6, 2025 at 3:30 p.m.   Preliminary Examination: _____
Arraignment: _____   Motion Hrg: _____
Status Conf: August 21, 2025 at 11:30 a.m.   Other Hrg: _____
Revocation Hrg: _____

**DEADLINES SET:**

Discovery Ddl: _____   Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____   Response Ddl: _____
Plea Ddl: _____   Other: _____

**BOND:**
- ☑ Government moved for detention
- ☐ Dft WAIVED detention hrg. ☑ Detention hrg. set ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

DCR File: 325mj1210 20250731 154236   Court time: 4:00pm to 4:31pm